UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:     KEVIN RAY HOLLAND                     CASE #:    24-11284
                                                                                     Chapter 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Now comes Daryl J. Smith, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed plan of the above debtor(s) in that:

1)     Debtor testified at the 341 meeting of creditors that they are eligible to contribute to a 401k but are not currently contributing. Debtors Schedule I should be amended to remove the expense and provide for all resulting projected disposable income. If Debtor elects to contribute in the future, Debtor's schedules should be amended at that time.

WHEREFORE, Trustee submits that the Debtor be required to provide documentation and amend the plan pursuant to the above stated objection or that confirmation be denied.

Dated December 18, 2024                                       */s/Daryl J. Smith*
                                                                                   Daryl J. Smith
                                                                                   Chapter 13 Trustee
                                                                                   P. O. Box 1770
                                                                                   Shreveport, La 71166
                                                                                   Phone - (318)673-8244
                                                                                   Fax - (318)673-8254

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **December 18, 2024** a true and correct copy of the foregoing Trustee's Objection has been served on the debtor(s) ***at the address listed below,*** by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

KEVIN RAY HOLLAND
8700 MILLICENT WAY, #913
SHREVEPORT, LA 71115

                                                                                        */s/Daryl J. Smith*